FILED
2020 FEB 12 PM 4:13
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT (One Count) |
| v. | ) | CAUSE NUMBER: 3:20CR13 |
| COURTNEY HOLLOWAY | ) | 18 U.S.C. § 924(a)(1)(A) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about February 22, 2019, in the Northern District of Indiana,

**COURTNEY HOLLOWAY,**

defendant herein, knowingly made a false statement and representation to Midwest Gun Exchange, a licensed dealer of firearms, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Midwest Gun Exchange, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record to the effect that she currently resided at a specific address when in fact she resided at a different address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

Dated: February 12, 2020

A TRUE BILL:

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:

    THOMAS L. KIRSCH II
    UNITED STATES ATTORNEY

By: *s/ Molly E. Donnelly*
    Molly E. Donnelly
    Assistant United States Attorney

FILED
2020 FEB 12 PM 4:13
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA